IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTHER PURNELL** : | |
| : | |
| : | **CIVIL ACTION** |
| : | **NO. 19-612** |
| v. : | |
| : | |
| **RADNOR TOWNSHIP** : | |
| **SCHOOL DISTRICT,** : | |
| **KENNETH E. BATCHELOR** : | |
| **and MAUREEN A.** : | |
| **MCGQUIGGAN, Ed.D,** : | |

## ORDER

AND NOW, this 12TH day of **April 2019**, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 3) and Plaintiff's Response thereto (ECF No. 5), it is hereby **ORDERED** and **DECREED** Defendants' Partial Motion to Dismiss (ECF No. 3) is **GRANTED in part** and **DENIED in part**. The Court denies Defendants' Partial Motion to Dismiss all allegations against Radnor Township School District contained in Counts I-IV occurring after November 27, 2018. The Court grants Defendants' Partial Motion to Dismiss Count VI against Individual Defendants Kenneth E. Batchelor and Maureen A. McQuiggan, including for punitive damages, for failure to state a claim. Therefore, Count VI against Defendants Batchelor and McQuiggan is dismissed without prejudice.

1

The Court grants Defendants' Partial Motion to Dismiss Count V against all Defendants, by agreement of the parties. ECF No. 5. Therefore, Count V is dismissed without prejudice.

The Court grants Defendants' Partial Motion to Dismiss all punitive claims against Radnor Township School District, by agreement of the parties. ECF No. 5. Therefore, all punitive claims against Radnor Township School District are dismissed without prejudice.

If Plaintiff decides to file an Amended Complaint, Plaintiff shall do so on or before **April 29, 2019**. If Plaintiff does **not** file an Amended Complaint, Defendant Radnor Township School District shall file its Answer to the Complaint on or before **May 9, 2019**.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**