IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTHER PURNELL, | : |
| Plaintiff, | : |
| | : Case No. 19-cv-00612-JDW |
| v. | : |
| RADNOR TOWNSHIP SCHOOL DISTRICT, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 12th day of June, 2020, upon consideration of Defendant's Motion For Summary Judgment (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 56, summary judgment is **GRANTED** in favor of Defendant Radnor Township School District on Counts I, II, and VI, as well as those portions of Count V alleging discrimination on the basis of race, sex, or age. The Motion is otherwise **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge