IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTHER PURNELL,**<br><br>*Plaintiff,*<br><br>v.<br><br>**RADNOR TOWNSHIP SCHOOL DISTRICT,**<br><br>*Defendant.* | **Case No. 19-cv-00612-JDW** |

## CIVIL JUDGMENT

**AND NOW**, this 1st day of June, 2022, in accordance with verdict of the jury, and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff Esther Purnell and against Defendant Radnor Township School District in the amount of $338,738.44.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge