# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTHER PURNELL,<br><br>*Plaintiff,*<br><br>v.<br><br>**RADNOR TOWNSHIP SCHOOL DISTRICT,**<br><br>*Defendant.* | **Case No. 19-cv-00612-JDW** |

## AMENDED CIVIL JUDGMENT

**AND NOW**, this 14th day of July, 2022, upon consideration of Esther Purnell's Motion For Reconsideration Of The June 1, 2022 Civil Judgment Of The Court (ECF No. 67), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHERED ORDERED** that the Court's prior Civil Judgment (ECF No. 64) is **AMENDED**, and **JUDGMENT** is **ENTERED** in favor of Plaintiff Esther Purnell and against Defendant Radnor Township School District in the amount of $362,379.11.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge