## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTHER MURRAY-PURNELL<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RADNOR TOWNSHIP SCHOOL DISTRICT<br><br>　　　　　Defendant. | Civil Action No. 19-cv-0612<br><br><br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, an Amended Judgment was entered in the above action on the 14th day of July, 2022 in favor of Plaintiff, Esther Murray-Purnell, and against Defendant, Radnor Township School District, in the amount of $362,379.11 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall, for this matter.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

　　　　　　　　　　　　　　　　　　DEREK SMITH LAW GROUP, PLLC

　　　　　　　　　　　　　　　　　　*/s/ Chris J. DelGaizo, Esquire*
　　　　　　　　　　　　　　　　　　Christopher J. DelGaizo, Esquire
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 2950
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　T: 215-391-4790
　　　　　　　　　　　　　　　　　　Fax: 215-501-5911
　　　　　　　　　　　　　　　　　　Email: Chris@dereksmithlaw.com

Dated: September 7, 2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ESTHER MURRAY-PURNELL<br>　　　　　　Plaintiff,<br><br>　v.<br><br>RADNOR TOWNSHIP SCHOOL DISTRICT<br>　　　　　　Defendant. | Civil Action No. 19-cv-0612<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Christopher J. DelGaizo, Esquire, hereby certify that a true and correct copy of *Satisfaction of Judgment* was filed on the electronic filing system for the U.S. District Court for the Eastern District of Pennsylvania and thereby provided all parties and persons of interest opportunity and notice of the filing as well as a copy of said filing, specifically, to the following:

　　　　Michael D. Kristofco, Esquire
　　　　**Wisler Pearlstine, LLP**
　　　　460 Norristown Road, Suite 110
　　　　Blue Bell, PA 19422
　　　　*Attorney for Defendant*

　　　　　　　　　　　　　　　　　　DEREK SMITH LAW GROUP, PLLC

　　　　　　　　　　　　　　　　　　*/s/ Christopher J. DelGaizo, Esquire*
　　　　　　　　　　　　　　　　　　CHRISTOPHER J. DELGAIZO, ESQ.
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　Derek Smith Law Group, PLLC
　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 2950
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　T: 215-391-4790 ext. 108
　　　　　　　　　　　　　　　　　　Fax: 215-501-5911
　　　　　　　　　　　　　　　　　　Email: Chris@dereksmithlaw.com

Date:　September 7, 2022